IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DATA NETWORK STORAGE CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, a Delaware Corporation; DELL, INC., a Delaware Corporation; NETWORK APPLIANCE, INC., a Delaware Corporation, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 3-08-CV-0294-N |

## JOINT MOTION FOR DISMISSAL OF CLAIMS RELATED TO DEFENDANT AND COUNTER-PLAINTIFF HEWLETT-PACKARD

Data Network Storage LLC f/k/a Data Network Storage Corporation (hereinafter "DNS") and Hewlett-Packard Company ("HP") file this Joint Motion for a dismissal with prejudice of (1) all claims asserted by DNS against HP and (2) all claims asserted by HP against DNS. Movants request that all costs be borne by the party incurring same.

                                                    Respectfully submitted,

                                                    By:    /s/ Jeff Richardson
                                                             J. Jeffery Richardson
                                                              Texas State Bar No. 16864450

                                                    FULBRIGHT & JAWORSKI L.L.P.
                                                    2200 Ross Avenue, Suite 2800
                                                    Dallas, Texas 75201-2784
                                                    Telephone: (214) 855-8000
                                                    Facsimile: (214) 855-8200
                                                    Email: jrichardson@fulbright.com

        Mark E. Ferguson
        Steven E. Derringer
        BARTLIT BECK HERMAN
          PALENCHAR & SCOTT LLP
        54 W. Hubbard St., Suite 300
        Chicago, IL 60654
        Telephone : (312) 494-4400
        Facsimile: (312) 494-4440

        John M. Hughes
        BARTLIT BECK HERMAN
          PALENCHAR & SCOTT LLP
        1899 Wynkoop Street, 8th Floor
        Denver, CO 80202
        Telephone: (303) 592-3100
        Facsimile: (303) 592-3140

        **ATTORNEYS FOR**
        **HEWLETT-PACKARD COMPANY**


By:    /s/ Victor M. Felix
        Anthony J. Dain
        CA State Bar No. 98947
        Victor M. Felix
        CA State Bar No. 179622

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101-4469
Telephone:  (619) 238-1900
Facsimile:  (619) 235-0398
Email: ajd@procopio.com
Email: vmf@procopio.com

Robert H. Dawson, Jr.
GOINS, UNDERKOFLER, CRAWFORD
  & LANGDON LLP
1201 Elm Street, Suite 4800
Dallas, Texas 75270
Telephone:  (214) 969-5454
Facsimile:  (214) 969-5902

**ATTORNEYS FOR**
**DATA NETWORK STORAGE LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _30_th day of December, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Victor M. Felix<br>Robert H. Dawson<br>**Counsel for Data Network Storage LLC** | T. Ray Guy<br>**Counsel for Network Appliance, Inc.** |

Jonathan B Rubenstein
Scott F. Partridge
Timothy S. Durst
**Counsel for Dell, Inc.**

                                                    /s/ Jeff Richardson
                                                  J. Jeffery Richardson